■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH GREVE, Appellant. — Judgment of the County Court, Suffolk County (Vaughn, J.), rendered June 9, 1981, affirmed (*see, People v Garrett,* 36 NY2d 727, *affg* 43 AD2d 503 *on opn at App Div; People v Tinsley,* 35 NY2d 926; *People v Battice,* 104 AD2d 1042; *People v Brabham,* 104 AD2d 1043; *People v Cates,* 104 AD2d 895). Titone, J. P., O'Connor, Rubin and Lawrence, JJ., concur.